UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    TRAVIS LEE CULBERTSON<br>    DONYELL RENAE CULBERTSON<br>                                    Debtors | CASE NO: 06-33286<br>         (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 36 | AMERICAS SERVICING<br>ONE HOMEQ CAMPUS<br>BK PMT PROC MAC #X2302-04C<br>DES MOINES, IA  50328 | 36.28 |
| 16/ 35 | AMERICAS SERVICING<br>ONE HOMEQ CAMPUS<br>BK PMT PROC MAC #X2302-04C<br>DES MOINES, IA  50328 | 0.15 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service 06-33286

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TRAVIS LEE CULBERTSON
DONYELL RENAE CULBERTSON
250 EAST BRYANT AVE.
FRANKLIN, OH  45005

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(35.1)
AMERICAS SERVICING
ONE HOMEQ CAMPUS
BK PMT PROC MAC #X2302-04C
DES MOINES, IA  50328

(31.1n)
AMERICAS SERVICING COMPANY
BOX 829009
DALLAS, TX  75382

(24.1n)
AMERICREDIT
% ALICE WHITTEN
PO BOX 183853
ARLINGTON, TX  76096

(32.1n)
FRANKLIN CREDIT MANAGEMENT
% BANKRUPTCY DEPARTMENT
PO BOX 2301
JERSEY CITY, NJ  07303

(30.1n)
FRANKLIN CREDIT MANAGEMENT COR
BOX 2301
JERSEY CITY, NJ  07303

(23.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(33.1n)
RECOVERY MANAGEMENT SYSTEMS CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

(34.1n)
VATIV RECOVERY SOLUTIONS
PO BOX 19249
SUGAR LAND, TX  77496

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv